United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARIA CARMEN MORALES DIAZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-6881 |
| vs. | § | |
| | § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

The petitioner, Maria Carmen Morales Diaz, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Houston Contract Detention Facility (HCDF). Representing herself, she has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging her continued detention. (Docket Entry No. 1). The court ordered the government to respond to the petition. (Docket Entry No. 5). The government has filed a motion requesting additional time to respond to the petition. (Docket Entry No. 7). The certificate of service on the motion states: "I certify that on August 31, 2026, the foregoing was filed and served on counsel of record through the Court's CM/ECF system." (*Id.* at 3). The certificate of service is signed by the Assistant United States Attorney assigned to the case. (*Id.*). The certificate of service does not follow the instructions set forth in the Order to Answer. Specifically, this petitioner represents herself; therefore, she does not have access to the court's CM/ECF system. The Order to Answer specifically states that each party must serve the other by mail. (*See* Docket Entry No. 5 at 3). Although the court will grant the motion, counsel

is **warned** that failure to properly serve the petitioner with filings made with the court could lead to sanctions.

Further, a piece of mail at Docket Entry No. 3 that was sent to the petitioner from the Clerk's Office has been returned to the court with the notation "detainee released from facility." (*See* Docket Entry No. 6). However, upon searching for the petitioner by her name and country of birth on ICE's Online Detainee Locator System website, the website shows that the petitioner is still detained at the HCDF.[1] The court takes judicial notice of the fact that this is not the first time in which a detainee's mail has been returned by the HCDF because the envelope has been marked "detainee released from facility" and the detainee had not, in fact, been released and was still detained at HCDF. *See Sanchez-Sanchez v. Warden*, Civil Action No. 4:26-cv-4529 (S.D. Tex.).

The court **orders** as follows:

1. The motion for extension of time (Docket Entry No. 7) is **granted**, and the respondent's answer or other appropriate responsive pleading is due by **September 4, 2026**.

2. The respondents are **ordered** to file an Advisory **by September 11, 2026**, in which the individual or individuals at the Houston Contract Detention Facility who are responsible for marking mail as "detainee released from facility" explain, under penalty of perjury, why the Clerk's Notice of Redaction Responsibilities and Privacy Protection at Docket Entry No. 3 was marked as "detainee released from facility," when, in fact, the ICE Online Detainee Locator

[1] The location of a detainee in ICE custody may be found by searching for the detainee by the detainee's A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited Sept. 1, 2026).

System shows that Maria Carmen Morales Diaz is still detained at the Houston Contract Detention Facility.

SIGNED on September 1, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge